# Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



07 CV 11410

EXPRESS, LLC,

                              Plaintiff,

-v-

                              Case No._____

CLOTHING FOR MODERN TIMES LTD.
D/B/A URBAN BEHAVIOR and CMT
AMERICA CORP.,

                              Rule 7.1 Statement

                              Defendants.

RECEIVED DEC 19 2007

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Express, LLC _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Limited Brands, Inc.

Date:  December 19, 2007

Signature of Attorney

Attorney Bar Code: FC-8441