UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | | |
|---|---|---|
| EXPRESS, LLC | : | Civil Action No. 07-CV-11410 (AKH) |
| Plaintiff | : | |
| vs. | | **APPEARANCE** |
| | : | |
| CLOTHING FOR MODERN TIMES LTD. d/b/a URBAN BEHAVIOR and CMT AMERICA CORP., | : | |
| | : | January 18, 2008 |
| Defendants | | |

-------------------------------------------------------

    Please enter my appearance as counsel for Defendants, Clothing For Modern Times Ltd. d/b/a Urban Behavior and CMT America Corp, in the above entitled action.

    I certify that I am admitted to practice in this court.

    Dated at Hartford, Connecticut, this 18th day of January, 2008.

                                              THE DEFENDANTS,
                                              CLOTHING FOR MODERN TIMES LTD. d/b/a
                                              URBAN BEHAVIOR AND CMT AMERICA CORP.,

                                              By   /s/ Thomas W. Witherington_____
                                                    Thomas W. Witherington (TW9173)
                                                    Cohn Birnbaum & Shea P.C.
                                                    100 Pearl Street, 12th Floor
                                                    Hartford, CT 06103
                                                    Tel.  (860) 493-2200
                                                    Fax: (860) 727-0361
                                                    Email: twitherington@cb-shea.com
                                                    *Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2008 a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/ Thomas W. Witherington
Thomas W. Witherington

140923v1/19078.023