UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | | |
|---|---|---|
| EXPRESS, LLC | : | Civil Action No. 07-CV-11410 (AKH) |
|      Plaintiff | : | |
| vs. | | **RULE 7.1 DISCLOSURE STATEMENT** |
| | : | |
| CLOTHING FOR MODERN TIMES LTD. d/b/a URBAN BEHAVIOR and CMT AMERICA CORP., | : | |
| | : | January 18, 2008 |
|      Defendants | | |

-------------------------------------------------------

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the defendant, CMT America Corp., hereby certifies that no publicly held corporation owns 10% or more of its stock and further identifies the following parent corporation: CMT America Holdings, Inc.

     Dated at Hartford, Connecticut, this 18th day of January, 2008.

                      THE DEFENDANT,
                      CMT AMERICA CORP.,


                      By____/s/ Thomas W. Witherington _____
                            Thomas W. Witherington (TW9173)
                            Cohn Birnbaum & Shea P.C.
                            100 Pearl Street, 12th Floor
                            Hartford, CT 06103
                            Tel. (860) 493-2200
                            Fax: (860) 727-0361
                            Email: mbartholic@cb-shea.com
                            *Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2008 a copy of the foregoing Rule 7.1 Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Thomas W. Witherington _____
Thomas W. Witherington

140954v1/19078.023