UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | | |
|---|---|---|
| EXPRESS, LLC | : | Civil Action No. 07-CV-11410 (AKH) |
| Plaintiff | : | |
| vs. | | **RULE 7.1 DISCLOSURE STATEMENT** |
| | : | |
| CLOTHING FOR MODERN TIMES LTD. | | |
| d/b/a URBAN BEHAVIOR and | : | |
| CMT AMERICA CORP., | | |
| | : | January 18, 2008 |
| Defendants | | |

--------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

the defendant, Clothing for Modern Times Ltd. d/b/a Urban Behavior, hereby certifies that said

entity has no corporate parent and that there is no publicly held corporation that owns 10% or

more of said defendant.

Dated at Hartford, Connecticut, this 18th day of January, 2008.

THE DEFENDANT,
CLOTHING FOR MODERN TIMES LTD.
d/b/a URBAN BEHAVIOR


By___/s/ Thomas W. Witherington _____
        Thomas W. Witherington (TW9173)
        Cohn Birnbaum & Shea P.C.
        100 Pearl Street, 12th Floor
        Hartford, CT 06103
        Tel.  (860) 493-2200
        Fax: (860) 727-0361
        Email: mbartholic@cb-shea.com
        *Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2008 a copy of the foregoing Rule 7.1

Disclosure Statement was filed electronically and served by mail on anyone unable to accept

electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the

court's electronic filing system or by mail to anyone unable to accept electronic filing as

indicated on the Notice of Electronic Filing.   Parties may access this filing through the court's

CM/ECF System.


 /s/ Thomas W. Witherington _____
Thomas W. Witherington

140953v1/19078.023