UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXPRESS, LLC                                       :         Civil Action No. 07-CV-11410 (AKH)

       Plaintiff                              :
vs.                                                              **MOTION FOR EXTENSION OF TIME**
                                               :         **TO RESPOND TO THE COMPLAINT**

                                               :
CLOTHING FOR MODERN TIMES LTD.
d/b/a URBAN BEHAVIOR and                  :
CMT AMERICA CORP.,

                                               :         January 22, 2008
       Defendants

---

       The Defendants, Clothing for Modern Times Ltd. d/b/a Urban Behavior and CMT America Corp., respectfully move for an extension of time until February 6, 2008 within which to file a responsive pleading to the Plaintiff's Complaint dated December 19, 2007.

       The Defendant, Clothing for Modern Times Ltd. d/b/a Urban Behavior, was served the complaint on December 20, 2007, and an answer would have been due on January 9, 2008.  The Defendant, CMT America Corp, was served the complaint on January 2, 2008 and an answer would be due January 22, 2008.

       This is the first Motion for Extension of Time filed by either Defendant with respect to the date for filing an answer or motion addressed to the Complaint.

       Counsel for the Plaintiff, Frank J. Colucci, Esq., consents to this extension of time to file a responsive pleading to the Plaintiff's Complaint.

WHEREFORE, the Defendants, Clothing for Modern Times Ltd. d/b/a Urban Behavior and CMT America Corp., respectfully request an extension of time until February 6, 2008 within which to file a responsive pleading to the Plaintiff's Complaint dated December 19, 2007.

>THE DEFENDANTS,
>CLOTHING FOR MODERN TIMES LTD. d/b/a
>URBAN BEHAVIOR AND CMT AMERICA CORP.,
>
>By___/s/ Thomas W. Witherington_____
>  Thomas W. Witherington (TW9173)
>  Cohn Birnbaum & Shea P.C.
>  100 Pearl Street, 12th Floor
>  Hartford, CT 06103
>  Tel. (860) 493-2200
>  Fax: (860) 727-0361
>  Email: twitherington@cb-shea.com
>  *Attorneys for the Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2008 a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Thomas W. Witherington
Thomas W. Witherington

140938v1/19078.023