⚶AO 4

*Judge Hellerstein*

## UNITED STATES DISTRICT COURT

_____Southern_____    District of    _____New York_____

EXPRESS, LLC,

V.

CLOTHING FOR MODERN TIMES LTD. D/B/A
URBAN BEHAVIOR and CMT AMERICA CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11410

TO: (Name and address of Defendant)

CMT America Corp.
205 Enterprise Drive
Bristol, Connecticut 06010-9589

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank J. Colucci, Esq.
Colucci & Umans
218 East 50th Street
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                    DEC 19 2007

CLERK                                        DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 *Date*

*Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

SOUTHERN DISTRICT OF NEW YORK                             UNITED STATES DISTRICT COU

DOCUMENTS SERVED WITH INDEX # 07CV11410 AND FILED ON DECEMBER 19, 2007
ATTORNEY(S): Colucci & Umans, Kathleen McCann

*Express, LLC* — Plaintiff
vs
*Clothing for Modern Times Ltd, et al* — Defendant

STATE OF CONNECTICUT   COUNTY OF New Haven , SS.:

Stuart Perlmutter being duly sworn deposes and says:

Deponent is not a party herein and is over 18 years of age. On 01/02/08 @ 2:30 PM at ___M., at 100 Pearl Street, Hartford, CT 06516 deponent served the within Civil Cover Sheet, Summons, Rule 7.1 Statement, Complaint, Individual Rules of Judge Alvin Hellerstein, Individual Practices of Judge Michael H. Dolinger, Instructions for Electronic Filings

on: CMT America Corp., Defendant therein named.

**INDIVIDUAL A** [ ] By personally delivering to and leaving with said ___ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said

**CORPORATION B** [XX] By delivering to and leaving with Melvin Simon at 100 Pearl St., Hartford, CT and that deponent knew the person so served to be the Registered Agent of the corporation.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:

**SUITABLE AGE PERSON C** [ ] By delivering a true copy thereof to and leaving with ___ a person of suitable age and discretion at ___ the said premises being the defendants/respondents
[ ] dwelling place (usual place of abode)   [ ] actual place of business within the State of ___

**AFFIXING TO DOOR D** [ ] By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode)   [ ] actual place of business within the State of ___

**MAILING TO RESIDENCE (use with C or D) E1** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at ___ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of ___ on ___

**MAILING TO BUSINESS (use with C or D) E2** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at ___ in an official depository under the exclusive care and custody of the United States Post Office within the State of ___. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on ___

**PREVIOUS ATTEMPTS (use with D) F** [ ] Deponent had previously attempted to serve the above named defendant/respondent
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Day (Saturday) ___ Date ___ Time ___
Deponent spoke with ___ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G** [X] DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age ~55   Approximate weight 170   Approximate height 5'6   Sex M
Color of skin white   Color of hair Brown   Other ___

**MILITARY SERVICE** [XX] Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein.

**NON-SERVICE H** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address   [ ] Address does not exist   [ ] Evading   [ ] Moved left no forwarding   [ ] Other

**WIT. FEES** [ ] $ ___ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 5 day of January, 2008

_Linda J. Perlmutter_
My Commission Expires 12/31/08

Please Print Name Below Signature
Stuart Perlmutter

Invoice•Work Order # SP0710774