# Judge Hellerstein

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

EXPRESS, LLC,

V.

CLOTHING FOR MODERN TIMES LTD. D/B/A
URBAN BEHAVIOR and CMT AMERICA CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11410

TO: (Name and address of Defendant)

Clothing For Modern Times Ltd. d/b/a Urban Behavior
300 Supertest Road
North York, Ontario M3J 2M2
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank J. Colucci, Esq.
Colucci & Umans
218 East 50th Street
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature)_

DATE DEC 19 2007

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE DECEMBER 21, 2007 |
| NAME OF SERVER (PRINT) RAY PATYKEWICH | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CLOTHING FOR MODERN TIMES LTD. D/B/A URBAN BEHAVIOUR, 300 SUPERTEST ROAD, NORTH YORK, ONTARIO, M3J 2M2; LEFT WITH ALLY TARASUK, EXECUTIVE ASSISTANT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DEC. 21, 2007
              Date

Signature of Server

365 EVANS AVENUE, SUITE 604
TORONTO, ONTARIO, M8Z 1K2

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.