# COHN | BIRNBAUM | SHEA

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

100 PEARL STREET
HARTFORD, CONNECTICUT 06103-4500
TELEPHONE 860 • 493 • 2200
FACSIMILE 860 • 727 • 0361

HARTFORD • STAMFORD • WESTPORT • NEW YORK

Thomas W. Witherington
twitherington@cb-shea.com

February 5, 2008

*[Handwritten note: Time for def'ts to answer and/or respond to the complaint is enlarged to 2/27/08, and will not be enlarged further. This disposes pending motion. 2/9/08 AKH]*

The Honorable Alvin K. Hellerstein
Room 1050
United States Court House
500 Pearl Street
New York, NY 10007

Re: Express, LLC v. Clothing for Modern Times Ltd. d/b/a Urban Behavior, et al.
Civil Action No. 07-CV-11410 (AKH)

Dear Judge Hellerstein:

Enclosed is a courtesy copy of Defendants Second Motion for Extension of Time to Respond to the Complaint, which was filed electronically with the Court today. In addition, I have enclosed a courtesy copy of the Defendants' first Motion for Extension of Time to Respond to the Complaint which was filed on January 22, 2008. We inadvertently neglected to forward a courtesy copy of this first motion to you.

Very truly yours,

Thomas W. Witherington

TWW/clm
Enclosures
cc:  Frank J. Colucci, Esq.

19078-023 – 140940v1