# COHN | BIRNBAUM | SHEA
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

HARTFORD • STAMFORD • WESTPORT • NEW YORK

100 PEARL STREET
HARTFORD, CONNECTICUT 06103-4500
TELEPHONE 860 • 493 • 2200
FACSIMILE 860 • 727 • 0361



RECEIVED FEB 28 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/08

So ordered
2.28.08
/s/ Alvin K. Hellerstein

**Thomas W. Witherington**
twitherington@cb-shea.com

February 27, 2008

Sent via Fax: (212-805-7942)

The Honorable Alvin K. Hellerstein
Room 1050
United States Court House
500 Pearl Street
New York, NY 10007

Re: Express, LLC v. Clothing for Modern Times Ltd. d/b/a Urban Behavior, et al
Civil Action No. 07-CV-11410 (AKH)

Dear Judge Hellerstein:

We represents the defendants, Clothing for Modern Times Ltd. d/b/a Urban Behavior, and CMT America Corp., in the above-referenced case. I write to request a short additional extension of time until Friday, February 29, 2008 for the defendants to file a responsive pleading to the plaintiff's Complaint dated December 19, 2007. The reason for this request for an additional extension of time to plead is that the parties have been engaged in settlement negotiations, and believe that they are close to settling this case. While the parties have not reached complete agreement as to all material terms, the parties have made significant progress toward resolving their differences. An extension of time will give the parties an opportunity to seek to resolve the remaining issues between them. If they are unable to do so, the defendants will file a prompt response to the Complaint.

The Court has previously enlarged the time for the defendants to file a response to February 27, 2008 (today). The Court indicated in its February 9, 2008 marginal ruling that the time to respond "will not be enlarged further". The parties are cognizant of the court's direction, but believe that the circumstances warrant further consideration and a brief expansion of time.

An Answer would originally have been due from the defendant, Clothing for Modern Time Ltd. d/b/a Urban Behavior, on January 9, 2008. An Answer would originally have been due from the defendant, CMT America Corp., on January 22, 2008.

This is the third request for an extension of time filed by the defendants with respect to the date for filing an answer or motion addressed to the complaint. The defendant's first Motion for Extension of Time to Respond to the Complaint was filed on January 22, 2008, and sought an extension of time to respond until February 6, 2008. The defendants' Second Motion for Extension

19078-023 – 140940v1

COHN | BIRNBAUM | SHEA

The Honorable Alvin K. Hellerstein
February 27, 2008
Page 2

of Time to Respond to the Complaint was filed on February 5, 2008, and sought an extension of time until today. The defendant's second motion was granted while the defendants' first motion was still pending.

 Counsel for the plaintiff, Frank J. Colucci, consents to this request for extension of time and consented to each of the previous motions filed by the defendants. No other dates have been scheduled after the original date for a responsive pleading, and no modified schedule is required.

 We appreciate your consideration of this request.

Very truly yours,

*[signature]*

Thomas W. Witherington

TWW/clm
cc: Frank J. Colucci, Esq.

140940 – TWW – 19078-023